# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DANIEL VAN BOMMEL** and **TRACI VAN BOMMEL**,
Appellants,

v.

**PEOPLE'S TRUST INSURANCE COMPANY OF FLORIDA,**
Appellee.

No. 4D19-794

[January 16, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 2017-CA-012196.

Mark A. Nation of The Nation Law Firm, LLP, Longwood, for appellants.

Mark D. Tinker of Cole, Scott & Kissane, P.A., Tampa, and Brett Frankel and Jonathan Sabghir of People's Trust Insurance Company, Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***